# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 18, 2020

## NO. 03-20-00497-CV

**Ruth Hughs in her Official Capacity as the Texas Secretary of State, Appellant**

**v.**

**Move Texas Action Fund, Appellee**

## APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE SMITH

This is an appeal from the interlocutory order signed by the trial court on October 16, 2020. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.